UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NAKEITH CARLOS SPARKMAN                    CIVIL ACTION

VERSUS                                     NUMBER: 12-0904

JEFFERSON PARISH CORRECTIONAL              SECTION: "N"(5)
FACILITY

## ORDER

The Court, having considered the petition, the record, the applicable law and the objections to the Report and Recommendation of the United States Magistrate Judge filed by the plaintiff on June 4, 2012 (Rec. Doc. No. 5), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore;

**IT IS ORDERED** that plaintiff's Section 1983 claims be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 5th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE